**COHEN JOHNSON PARKER EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LAS VEGAS LAND PARTNERS, LLC,<br><br>Debtor. | Case No.: 19-15333-mkn<br>Chapter 7<br><br>Hearing Date: October 9, 2019<br>Hearing Time: 2:30 p.m. |

## AMENDED DECLARATION IN SUPPORT OF MOTION FOR ORDER GRANTING DEBTOR AN EXTENSION OF TIME WITHIN WHICH TO FILE SCHEDULES AND STATEMENTS

H. Stan Johnson, Esq., states and declares as follows:

1. I am counsel for the Debtor herein, personally knowledgeable and familiar with the facts of this case. That I make this Declaration in support of the concurrently filed Motion for Order Granting Debtor an Extension of Time Within Which to File Schedules (the "Motion").

2. Debtor requires additional time to locate and provide the information necessary to comply with a good faith completion of the Schedules.

3. The Debtor is a limited liability company, and its Manager needs additional time to make sure the information provided on the schedules is accurate. Debtor has asked its accountant to review certain records to assist counsel in the completion of its schedules.

4. The Debtor is involved in complex state court litigation, which has had a number of recent hearings and issues. Due to these circumstances, Debtor's manager and accountant have been unable to assemble the information needed to complete the bankruptcy schedules.

5.       There are a number of related entities whose information must be compiled to present accurate information for the debtor's schedules.

7.       Therefore, it respectfully requested that the Debtor be permitted additional time to file his Schedules, Statements and Lists through and including October 3, 2019.

Declarant states under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of October, 2019.

                                               __/s/ H. Stan Johnson_____
                                                  H. Stan Johnson, Esq.

COHEN JOHNSON PARKER EDWARDS
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400