## RESOLUTION AUTHORIZING BANKRUPTCY

The undersigned, being the managing member of LAS VEGAS LAND PARTNERS, LLC, a Delaware limited liability company ("Company"), hereby adopts the following resolution and commits the Company as follows:

RESOLVED, that in the business judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, and other parties-in-interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 7 Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada; and its further

RESOLVED, that David Mitchell ("Authorized Individual") hereby is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action deemed necessary or proper to obtains such relief; and it is further

RESOLVED, that the Authorized Individual be, and hereby is, authorized and directed to employ Cohen|Johnson|Parker|Edwards as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Individual is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers as required.

Dated:  August 19, 2019

By:_____
David Mitchell, Managing Member