

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 31, 2019

___

SHELLEY D. KROHN
E-mail: Shelley@TrusteeKrohn.com
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

| In re: | ) CASE NO. BK-S-19-15333-MKN |
|---|---|
| LAS VEGAS LAND PARTNERS, LLC | ) CHAPTER 7 |
|  | ) Date: October 30, 2019 |
|  | ) Time: 2:30 p.m. |
| Debtor. | ) |

**ORDER GRANTING APPLICATION TO EMPLOY JOHN W. MUIJE & ASSOCIATES AS SPECIAL COUNSEL ON A CONTINGENT FEE BASIS UNDER 11 U.S.C. §327(a)**

This matter having come on for hearing at the date and time set forth above and upon reading the Motion of Shelley D. Krohn, Trustee, to employ the law firm of JOHN W. MUIJE & ASSOCIATES as Special Counsel for the Estate pursuant to 11 U.S.C. §327 and §328; it appearing to the Court that neither the attorney, nor the firm, hold

or represent an interest adverse to the Estate, that the attorney is a disinterested party within the meaning of §101(14) of the Bankruptcy Code and may represent the Estate under 11 U.S.C. §327, that the declaration of John Muije is sufficient, and that the employment of special counsel is necessary and in the best interests of the Estate and the creditors; the Court noting the appearances of Shelley D. Krohn, Trustee, and Lenard E. Schwartzer, Esq., bankruptcy counsel for Russell Nype and Revenue Plus, LLC, and for good cause appearing, it is hereby:

**ORDERED** that pursuant to §327 and §328 of the Bankruptcy Code, the Trustee is authorized to employ the law firm of JOHN W. MUIJE & ASSOCIATES as Special Counsel on a contingent fee basis in accordance with the terms of the agreement set forth in the Motion and Declaration in support for this Order. The payment of all fees and costs are subject to further approval by this Court.

Respectfully submitted by:

_____
SHELLEY D. KROHN, TRUSTEE

**CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_X_  The court has waived the requirement set forth in LR 9021(b)(1).

____  No party appeared at the hearing or filed an objection to the motion.

____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:

_x_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

**IT IS SO ORDERED.**

# # #