**EXHIBIT "1"**

**PROPOSED ORDER**

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LAS VEGAS LAND PARTNERS, LLC,<br><br>Debtor. | Case No. BK-S-19-15333-MKN<br>Chapter 7<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EMPLOY CBRE, INC. AS APPRAISER AND PAY FEE PURSUANT TO 11 U.S.C. §§ 327(a), 328(a), AND 330 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014 AND 2016**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Mike K. Nakagawa[1] |

The Court has reviewed the *Ex Parte Application to Employ CBRE, Inc. as Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy*

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

*Procedure 2014 and 2016* [ECF No. __] (the "Application")² filed by Shelley D. Krohn, the Chapter 7 Trustee appointed in the above-captioned bankruptcy case (the "Trustee"), by and through her counsel of record, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd.  The Application sought to employ CBRE, Inc. ("CBRE") to conduct an appraisal of real property described as: the city block bounded by Casino Center, Bonneville, South 1st and Garces Streets, Las Vegas, Nevada [APN 139-34-301-008] (the "Property") and pay fees pursuant to 11 U.S.C. §§ 327(a), 328(a), and 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016.³

The Court reviewed the Application, the *Declaration of Shelley D. Krohn In Support of Ex Parte Application to Employ CBRE, Inc. as Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. ___], the *Declaration of Tom Baroch in Support of Ex Parte Application to Employ CBRE, Inc. as Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. __], and the *Declaration of Jacob L. Houmand, Esq. In Support of Ex Parte Application to Employ CBRE, Inc. as Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. __], the *Certificate of Service of Ex Parte Application to Employ CBRE, Inc. as Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. __], the exhibits attached thereto, and all other pleadings and papers on file herein.

. . .

. . .

---

[2] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.  The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP."  The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules".

[3] Unless otherwise provided herein, all undefined terms shall have the same meaning ascribed to them in the Application.

It appearing to the Court that the relief requested in the Application is necessary and in the best interests of the Bankruptcy Estate and its creditors, and upon consideration of the pleadings and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in its entirety; and

2. The Trustee is hereby authorized pursuant to Sections 327(a) and 328(a) and FRBP 2014 to employ CBRE to conduct an appraiser of the Property on the terms set forth in the Application; and

3. The terms of such employment shall be as described in the Application and in the supporting Verified Statement of Tom Baroch; and

4. Such terms of employment are approved as reasonable in accordance with Sections 328 and 330; and

5. The Trustee is permitted to pay CBRE the sum of $5,000 without further Court order.

**IT IS SO ORDERED**.

Prepared and Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: _____
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:        702/720-3370
Facsimile:         702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

###

-3-