Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:     702/720-3370
Facsimile:      702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

*Electronically Filed On: March 30, 2022*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>LAS VEGAS LAND PARTNERS, LLC,<br><br>Debtor. | Case No. BK-S-19-15333-MKN<br>Chapter 7<br><br>**JOINDER TO MOTION TO ANNUL STAY TO VALIDATE STATE COURT JUDGMENT**<br><br>Date of Hearing:    April 13, 2022<br>Time of Hearing:    2:30 P.M.<br>Place: Courtroom No. 2, Third Floor<br>　　　　　　　Foley Federal Building<br>　　　　　　　300 Las Vegas Blvd., S.<br>　　　　　　　Las Vegas, NV 89101<br><br>Judge: Honorable Mike K. Nakagawa |
|---|---|

Shelley D. Krohn (the "Trustee"), the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, by and through her counsel of record, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the law firm Houmand Law Firm, Ltd., hereby files this *Joinder to Motion to Annul Stay to Validate State Court Judgment* (the "Joinder").

The Trustee hereby joins and adopts the arguments found in the *Motion to Annul Stay to Validate State Court Judgment* [ECF No. 94] (the "Motion"). For these reasons, the Trustee respectfully requests that the Court enter an order granting the relief requested in the Motion.

. . .

. . .

. . .

-1-

Dated this 30th day of March, 2022.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2022, I caused to be served a true and correct copy of JOINDER TO MOTION TO ANNUL STAY TO VALIDATE STATE COURT JUDGMENT in the following manner:

☒ (CM/ECF ELECTRONIC SERVICE) By electronically filing the above-referenced document via the CM/ECF service to the parties listed below on the date above written:

JACOB L. HOUMAND on behalf of Trustee SHELLEY D KROHN
jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

H STAN JOHNSON on behalf of Debtor LAS VEGAS LAND PARTNERS, LLC
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com;rjohnson@cohenjohnson.com;cj@cohenjohnson.com;sgondek@cohenjohnson.com

SHELLEY D KROHN
shelley@trusteekrohn.com, NV27@ecfcbis.com;becca@trusteekrohn.com;candace@trusteekrohn.com

JEANETTE E. MCPHERSON on behalf of Creditor REVENUE PLUS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Creditor RUSSELL L. NYPE
bkfilings@s-mlaw.com

JOHN W MUIJE on behalf of Creditor RUSSELL L. NYPE
carrie@muijelawoffice.com

LENARD E. SCHWARTZER on behalf of Creditor REVENUE PLUS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Creditor RUSSELL L. NYPE
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor THE LAW OFFICE OF HAYES & WELSH
mweisenmiller@gtg.legal, bknotices@gtg.legal

. . .

. . .

. . .

. . .

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated this 30th day of March, 2022.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*