**EXHIBIT "1"**

| | |
|---|---|
| **From:** | Russell Nype <rnype@revenueplus.tv> |
| **Sent:** | Monday, April 20, 2020 4:36 PM |
| **To:** | John W. Muije; shelley@trusteekrohn.com |
| **Cc:** | Jacob Houmand; Lenard Schwartzer; Bradley G. Sims; Las Vegas Land Clio Email Address |
| **Subject:** | Re: LVLP; Wink One LLC; RTC Parcel, Las Vegas, NV |

Mr. Houmand,
Both Mr. Muije and Mr. Scwartzer have written you that speaking to me directly is appropriate.  Hence my calls and writings.

I do expect you to call me, please to discuss what I believe to continue to be missing.

I also do not want you to hire Colliers, if even needed, until we discuss what is services are expected from them and an appropriate fee as I have written you.  My 30 years might guide you?

I know Mr. Schwartzer has asked you to send him any "proposed" relationship with Colliers for review. To my knowledge nothing has been sent to Mr. Schwartzer?

To pay a brokerage fee when the assignment is to negotiate with an identified buyer is inappropriate as I have tried to explain in a number of emails today.  We might consider paying a negotiators fee, if necessary,  which is significantly less than a brokers fee as the party (s) have been identified.

I hope you will call me today.

Russell Nype
917-327-7836


Sent from my iPad