**EXHIBIT "2"**

# Bradley G. Sims

| | |
|---|---|
| **From:** | Sabatine, Jeffrey <jeffrey.sabatine@brookfieldpropertiesmultifamily.com> |
| **Sent:** | Thursday, April 23, 2020 2:43 PM |
| **To:** | Jacob Houmand |
| **Cc:** | Sluzala, Stephanie; Bradley G. Sims; 6b2fa0463+matter1202133529@maildrop.clio.com |
| **Subject:** | RE: LVLP; Wink One LLC; RTC Parcel, Las Vegas, NV |

On April 20, 2020, representatives of Brookfield Properties ("Brookfield"), the indirect owner of FC RTC 20, LLC and FC RTC 39, LLC ("FC TICS") representing 60% ownership of the RTC Property, were contacted by Russell Nype to inquire about the authorized person with whom he could discuss Brookfield's interest in purchasing the Wink One LLC ("Wink") 40% TIC interest in the RTC Property.  Brookfield responded by email to Mr. Nype that because of the pending Las Vegas Land Partners LLC ("LVLP") bankruptcy, it was deferring all discussions to counsel for the Bankruptcy Trustee since LVLP is the sole member of Wink and that Wink would be subject to the bankruptcy estate under Section 541 of the Bankruptcy Code.

In fact, Brookfield is not interested in purchasing Wink but is interested in selling the FC TICs. Brookfield believes that the RTC is the most logical buyer since there are various factors that substantially limit the marketability of the RTC Property including the long term ground lease which does not expire until 2047, the lack of positive cash flow from the lease payment after the payment of debt service, the existing property loan would either need paid off in full or would need to be assumed and guaranteed by a creditworthy buyer, and other factors.

It is my understanding that in your February discussions with our counsel at Brownstein, you were informed that Brookfield had a call with representatives of RTC to gauge their interest in purchasing the FC TICs. That call was in December with Stephanie Sluzala, and they asked if the owner of Wink was also interested in selling which question she was not able to answer.   In January, a broker from Collier's contacted Brookfield about the Russell Nype judgment in the Nype-Mitchell lawsuit which led to our counsel discovering the filing of the LVLP bankruptcy.  In February, Stephanie updated her contacts at the RTC that we had our attorneys looking into the ownership of Wink and would get back to them.  In February, our counsel then began dealing with you as Trustee's counsel and the exchange of information about the RTC Property began which has continued through me.

We are now at the point where we would like to resume discussions with the RTC and know that the Bankruptcy Trustee is the appropriate party to act on behalf of Wink.

Please let us know if you are interested in discussing the sale of the Wink interest along with the sale of the FC TICS to RTC, and Stephanie will contact them to set up a call.

Thank you.


**Jeffrey P. Sabatine**
Associate General Counsel | Legal
Multifamily

Brookfield Properties
Key Tower,  Suite 3200
127 Public Square
Cleveland, Ohio 44114
T 216-416-3251| M 216-272-0823
jeffrey.sabatine@brookfieldpropertiesmultifamily.com
http://www.brookfieldproperties.com

**Brookfield**

1