**EXHIBIT "3"**

| | |
|---|---|
| **From:** | Russell Nype <rnype@revenueplus.tv> |
| **Sent:** | Thursday, May 7, 2020 9:48 AM |
| **To:** | John W. Muije |
| **Cc:** | Jacob Houmand; Lenard Schwartzer; Bradley G. Sims; Las Vegas Land Clio Email Address |
| **Subject:** | Re: Las Vegas Land Partners  --- RTC deal |

I completely disagree there is any basis hiring Colliers at this time.  I feel very strongly about this; we have two identified potential buyers and until we have had direct principle to principle discussions there is no basis for hiring Colliers on any basis.

Russell Nype
917-327-7836

Sent from my iPad

---

**From:** Jacob Houmand [mailto:jhoumand@houmandlaw.com]
**Sent:** Wednesday, May 06, 2020 7:07 PM
**To:** John W. Muije

1