**EXHIBIT "4"**

| | |
|---|---|
| **From:** | Russell Nype <rnype@revenueplus.tv> |
| **Sent:** | Thursday, May 7, 2020 4:31 PM |
| **To:** | Jacob Houmand |
| **Cc:** | John W. Muije; Lenard Schwartzer; Bradley G. Sims; Las Vegas Land Clio Email Address |
| **Subject:** | Re: Las Vegas Land Partners  --- RTC deal |

Mr. Houmand,
You choose to not recognize me in any communication- you wrote to John and Lenny; how strange, but perhaps appropriate.

Can you please set up a meeting with the executive at The RTC who has responsibility for paying $90 million in rent costs and oversees the RTC Downtown  Bus Terminal Center; I will fly out.  If he wishes to not consider a discussion to own the land and building in perpetuity, beyond his lease,  then we will find his boss.  Can you please set up a meeting with the executive who has responsibility at Brookfield for this asset; I will fly out; I don't mean attorneys I mean principles, please.

I believe Colliers is a very good resource if needed.  Let's see if we need them.

Russell Nype
917-327-7836

Sent from my iPad

Las Vegas, Nevada 89148
Main:       702.720.3370
Direct:     702.720.3372
Facsimile:  702.720.3371
Mobile:     702.553.5226

1