**EXHIBIT "6"**

| | |
|---|---|
| **From:** | Sluzala, Stephanie <stephanie.sluzala@brookfield.com> |
| **Sent:** | Friday, October 9, 2020 12:55 PM |
| **To:** | Jacob Houmand |
| **Cc:** | Sabatine, Jeffrey; Bradley G. Sims; Las Vegas Land Clio Email Address; Lepene, Scott |
| **Subject:** | RE: Financial Statements at Clark County Department of Aviation |

Jacob –

Thank you for the update.  We look forward to speaking with you next week on next steps with the RTC.  As far as Rusty goes, not only should he refrain from communicating with Brookfield, but he should also refrain from communicating with CBRE as he is not a party to the engagement.  He is interfering with CBRE's job who was engaged by the three contract parties, and CBRE has expressed its frustration with same and appear to be unwilling to engage and accept his conclusions.  Brookfield is still reviewing the appraisal internally, but please confirm that your client, as Trustee, has no issues with the appraised value that CBRE has provided and accepts that the appraisal report is in accordance with the engagement.

Thanks,
Stephanie


**Stephanie Sluzala**
Director | Capital Markets & Treasury
Real Estate

Brookfield Asset Management
127 Public Square, Cleveland, Ohio 44114
T +1.216.416.3733
stephanie.sluzala@brookfield.com
www.brookfield.com

**Brookfield**

View important disclosures and information about our e-mail policies here

1