**EXHIBIT "7"**

**From:** "Lepene, Scott" <Scott.Lepene@thompsonhine.com>
**Date:** Monday, October 12, 2020 at 10:47 AM
**To:** Jacob Houmand <jhoumand@houmandlaw.com>
**Cc:** "Sabatine, Jeffrey" <jeffrey.sabatine@brookfieldpropertiesmultifamily.com>, "Sluzala, Stephanie" <stephanie.sluzala@brookfield.com>, "Lepene, Scott" <Scott.Lepene@thompsonhine.com>
**Subject:** RTC-Russell Nype

Jacob-

Hope you are doing well.

I know that we spoke a couple months ago regarding Mr. Nype's conduct and his incessant emails in relation to the sale of the RTC property.  As you are well aware, Mr. Nype's conduct has continued, and he has recently directed the majority of his correspondence to the appraisal that CBRE conducted on the property.  In connection with his correspondence, he has had direct communications with CBRE and suggested that CBRE's appraised value of the property failed to take into account certain gaming variables that will increase the value of the property.  As you are readily aware, CBRE is an extremely reputable organization in the real estate industry and was retained by Brookfield, RTC, and the Trustee to appraise the real property.   As such, CBRE should not be subjected to Mr. Nype's repeated criticism with respect to its appraisal.  This continued interference with CBRE's appraisal must immediately stop as it could detrimentally impact CBRE's finalization of its report.  Please take the necessary steps so that Mr. Nype will immediately cease this conduct.  While Mr. Nype is a creditor in the bankruptcy estate, he does not currently possess ownership of any portion of the RTC property.  He needs to understand that he is not in a position to dictate how the property is to be administered let alone establish the factors in determining the property's appraised value.  Should you care to further discuss, please contact me at your earliest convenience.

**Scott B. Lepene** | **Partner** | **Thompson Hine LLP**
3900 Key Center, 127 Public Square | Cleveland, Ohio 44114
**Office:** 216.566.5692 | **Mobile:** 440.376.1594
**Fax:** 216.566.5800 | **Email:** Scott.Lepene@ThompsonHine.com
**Web:** http://www.ThompsonHine.com


**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**

**Ranked among the top 4 firms in the country for "Value for the Dollar" and "Commitment to Help," and among the top 10 for client service by in-house counsel.**
*BTI Client Service A-Team: Survey of Law Firm Client Service Performance*

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.



DISCLOSURE:  Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to avoid penalties imposed under the Internal Revenue Code.