**EXHIBIT "8"**

| | |
|---|---|
| **From:** | Russell Nype <rnype@revenueplus.tv> |
| **Sent:** | Wednesday, October 14, 2020 12:05 PM |
| **To:** | Jacob Houmand |
| **Cc:** | Lenard_Schwartzer; Bradley G. Sims; Las Vegas Land Clio Email Address |
| **Subject:** | Re: My Compliments On The Appraisal Pending The Supplement That Needs Ro Be Completed Adding Gaming Revenue |

Dear Jacob and Lenny,
Brookfield and CBRE can demand I do not communicate with them (I introduced Tom from CBRE to this process); with my trust owning 40%?  What a strange world.  Then my representatives must communicate with RTC, which I have requested a meeting for over 4 months.

Defensiveness, non communication,  is usually a sign of bad, lazy work and not wanting the truth to be told.

The truth will be told, that I promise.

Thank you Mr. Houmand- but we must do what we agree please going forward; no CBRE appraisal should have been distributed without our input, as we agreed.  Please follow up with RTC attorney to discuss supplement report.

Russell Nype
President, Revenue Plus LLC
400 South Ocean Blvd, 423
Palm Beach, Florida 33480
Owner of 99% of LVLP LLC Estate
40% of RTC Project
917-327-7836


Sent from my iPad