**EXHIBIT "9"**

| | |
|---|---|
| **From:** | Russell Nype <rnype@revenueplus.tv> |
| **Sent:** | Wednesday, October 14, 2020 11:52 AM |
| **To:** | Tom.Baroch@cbre.com; Jacob Houmand; Sluzala, Stephanie |
| **Subject:** | My Compliments On The Appraisal Pending The Supplement That Needs Ro Be Completed Adding Gaming Revenue |

[External Email]

Tom and your team at CBRE,
I have now thoroughly reviewed your appraisal and the document is very well done, to date. Thank you.  I don't understand when your evaluations were $72 million and $77 million considering both your appraisal calculations you used $72 million and not at minimum an average between the two of $74.5 million?

As I have spoken to Jacob a supplement needs to be done including the opportunity for the RTC to evaluate their rights to gaming as I have been discussing for 3 months.  That supplement will add, I believe, $500,000-$1,000,000 in potential annual revenue to the RTC which at a 2.7% cap rate adds significantly to value as well as cash flow available.

Thank you for your work to date.  I was promised no document would be released to the RTC without a review from Stephanie, Jacob and me- too bad.  I hope Jacob will speak directly to the attorney for the RTC immediately and inform him we are moving forward with the "gaming supplement" to add revenue opportunity, and thereby, value for their considerations.

Also I appreciate your note that the $15-20 million "infrastructure spent to date" adds significant additional value to the RTC for consideration.

Jacob and I have spoken and the last piece we need to add is the financing piece of showing the RTC how to take advantage of today's 1.7-2% available financing for the RTC should a sale occur at this time.

Thank you for a very professional job that needs a supplement.

Russell Nype

Sent from my iPad