**EXHIBIT "10"**

| | |
|---|---|
| **From:** | Lepene, Scott <Scott.Lepene@thompsonhine.com> |
| **Sent:** | Wednesday, October 14, 2020 2:46 PM |
| **To:** | Sluzala, Stephanie; Jacob Houmand |
| **Cc:** | Sabatine, Jeffrey; Bradley G. Sims; Las Vegas Land Clio Email Address; Lepene, Scott |
| **Subject:** | RE: RTC-Russell Nype |

Jacob-

Mr. Nype's email is inconsistent with your email to me from yesterday, which expressly stated that Mr. Nype would not reach out directly to Brookfield or CBRE. As previously indicated, Mr. Nype did not retain CBRE to conduct the appraisal, and he does not currently possess title to any portion of the RTC property. CBRE has reached its conclusions independent from Mr. Nype or any other party, and it should remain that way. Please ensure that Mr. Nype ceases from contacting Brookfield or CBRE directly from this point forward. Thank you.

**Scott B. Lepene** | **Partner** | **Thompson Hine LLP**
3900 Key Center, 127 Public Square | Cleveland, Ohio 44114
**Office:** 216.566.5692 | **Mobile:** 440.376.1594
**Fax:** 216.566.5800 | **Email:** Scott.Lepene@ThompsonHine.com
**Web:** http://www.ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**

**Ranked among the top 4 firms in the country for "Value for the Dollar" and "Commitment to Help," and among the top 10 for client service by in-house counsel.**
*BTI Client Service A-Team: Survey of Law Firm Client Service Performance*

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.



DISCLOSURE: Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to avoid penalties imposed under the Internal Revenue Code.