**EXHIBIT "11"**

**From:**          Russell Nype <rnype@revenueplus.tv>
**Sent:**          Saturday, October 17, 2020 11:43 AM
**To:**            Jacob Houmand
**Cc:**            Lenard_Schwartzer; Bradley G. Sims; Las Vegas Land Clio Email Address
**Subject:**       Re: My Compliments On The Appraisal Pending The Supplement That Needs Ro Be Completed
                   Adding Gaming Revenue


Lenny and Jacob,
With no offense intended I have a trustee who has never successfully completed a transaction like the RTC, you Jacob
you have told me this is a new area for you, Stephanie is very junior.  And I have done this for over 30 years, owns 40%
of the asset and was a part of developing the initial relationship/lease with the RTC.

Who would you pick to lead our team?  Who has lead our team since I became involved in May and recommended
everything we are doing?

How could this quite sophisticated multidimensional presentation be done sequentially when all pieces must come
together to convince the RTC this is a smart transaction and smart to do in 2021 while financing available is unique for
their interest?

I appreciate your listening to me, agreeing with my perspectives, but then you have allowed Stephanie to drive my bus?

Please let me be involved.  I am not happy with the process to date.

Thank you,
Rusty

Sent from my iPad

1