**EXHIBIT "12"**

**From:**        Russell Nype <rnype@revenueplus.tv>
**Sent:**        Tuesday, October 27, 2020 5:12 PM
**To:**          Jacob Houmand; Shelley Krohn
**Cc:**          Lenard_Schwartzer; Bradley G. Sims; Las Vegas Land Clio Email Address
**Subject:**     Re: My Compliments On The Appraisal Pending The Supplement That Needs Ro Be Completed
                 Adding Gaming Revenue


Mr. Houmand,
Brookfield is now stating they will not "participate" in discussions regarding this transaction, if I am involved.  I did not
realize partners could state such a position against the interest of the estate that I virtually own, their 40% partner-
interesting legally?  I don't believe in all my dealings in over 30 years,  a partner can tell their partner they refuse their
partners knowledge and perspective to gain a best transaction.
They wish to deal directly with Ms. Krohn- so do I,  as I have been told, Ms. Krohn does not have direct experience in
these type transactional matters.  I am trying to help my estate and Ms. Krohn.

Mr. Houmand, I have asked very specific questions regarding gaming and financing, affecting the evaluation of any RTC
transaction contemplated,  that we have been discussing for many months.

My guess is my perspective could add positively regarding both of these important matters and perspective dealing with
the RTC, as you agreed for months, until this email received today.

I ask again, have you discussed with the RTC that "we" are supplementing the CBRE, initial, appraisal, with a follow up
regarding the remaining two analysis.  Please confirm your discussions with the RTC. You told me you would speak to
their attorney to assist him in evaluating was has been sent to him, incompletely.

So where are we as you are willing to "keep me informed".

Thank you,
Russell Nype

Sent from my iPad