**EXHIBIT "13"**

| | |
|---|---|
| **From:** | Russell Nype <rnype@revenueplus.tv> |
| **Sent:** | Wednesday, November 4, 2020 2:14 PM |
| **To:** | Jacob Houmand |
| **Cc:** | Lenard_Schwartzer; Bradley G. Sims; Las Vegas Land Clio Email Address |
| **Subject:** | Re: 'RTC GENERAL MGR' search results | Transparent Nevada |

Thank you and I mean this with all respect, but Stephanie per Jimmy Ratner her previous chairman and my friend said she is not a senior person for such a transaction discussion, you have told this is not an area you have experience in, Shelley on the call With Judge Haire I believe said the same- this is not an area of expertise.

I do not understand why I as you primary owner/client in this matter, with over 30 years of experience, should not be the center of these discussions? How could a bankruptcy judge consider this proper for this process to occur as it is occurring without a primary principal being included in the transaction of the significant asset of the estate you and Shelley are managing? With all due respect it does not seem even near appropriate.

1) do you have the analysis of the gaming rights, potential structure of a "partner" or lease arrangement with a vendor?

2) do you have the analysis of the potential approach the RTC could most efficiently undertake in this interest rate environment to structure such a transaction.

3) who at or representing the RTC have my representatives been discussing this transaction with at the RTC?

Jacob, this is not right.

Russell Nype
President
Revenue Plus LLC
400 South Ocean Blvd, 423
Palm Beach, Florida 33480

Owner of the LVLP LLC Trust


Sent from my iPad

> On Nov 4, 2020, at 3:54 PM, Jacob Houmand <jhoumand@houmandlaw.com> wrote:
>
> Good Afternoon,
>
> I spoke with Stephanie earlier this week and we are in the process of scheduling a call with the parties involved in the transaction with the RTC.
>
> Jacob L. Houmand | Esquire
> 9205 West Russell Road, Building 3, Suite 240 Las Vegas, Nevada 89148
> Main:       702.720.3370
> Direct:     702.720.3372
> Facsimile:  702.720.3371

1