**EXHIBIT "1"**

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-19-15333-MKN<br>Chapter 7 |
|---|---|
| LAS VEGAS LAND PARTNERS, LLC,<br><br>Debtor. | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EMPLOY KEITH HARPER AS APPRAISER AND PAY FEE PURSUANT TO 11 U.S.C. §§ 327(a), 328(a), AND 330 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014 AND 2016**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Mike K. Nakagawa[1] |

The Court has reviewed the *Ex Parte Application to Employ Keith Harper, MAI As Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of*

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

-1-

*Bankruptcy Procedure 2014 and 2016* [ECF No. __] (the "Application")[2] filed by Shelley D. Krohn (the "Trustee"), the Chapter 7 Trustee appointed in the above-captioned bankruptcy case, by and through her counsel of record, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd. The Application sought to employ Keith Harper, MAI ("Mr. Harper") as appraiser for the Trustee in negotiations for the sale of real property described as: the city block bounded by Casino Center, Bonneville, South 1st and Garces Streets, Las Vegas, Nevada [APN 139-34-301-008] (the "Property"). The Application further sought authority to pay fees to Mr. Harper in the amount of $2,000 pursuant to 11 U.S.C. §§ 327(a), 328(a), and 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016.[3]

The Court reviewed the Application, the *Declaration of Shelley D. Krohn In Support of Ex Parte Application to Employ Keith Harper, MAI As Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. ___], the *Declaration of Keith Harper, MAI in Support of Ex Parte Application to Employ Keith Harper, MAI As Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. ___], and the *Declaration of Jacob L. Houmand, Esq. In Support of Ex Parte Application to Employ Keith Harper, MAI As Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. ___], the *Certificate of Service of Ex Parte Application to Employ Keith Harper, MAI As Appraiser and Pay Fee Pursuant to 11 U.S.C. §§ 327(a) 328(a), 330 and Federal Rules of Bankruptcy Procedure 2014 and 2016* [ECF No. ___], the exhibits attached thereto, and all other pleadings and papers on file herein.

. . .

---

[2] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP." The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules".

[3] Unless otherwise provided herein, all undefined terms shall have the same meaning ascribed to them in the Application.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

It appearing to the Court that the relief requested in the Application is necessary and in the best interests of the Bankruptcy Estate and its creditors, and upon consideration of the pleadings and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in its entirety; and

2. The Trustee is hereby authorized pursuant to Sections 327(a) and 328(a) and FRBP 2014 to employ Keith Harper, MAI as her Appraiser on the terms set forth in the Application; and

3. The terms of such employment shall be as described in the Application and in the supporting Verified Statement of Keith Harper, MAI; and

4. Such terms of employment are approved as reasonable in accordance with Sections 328 and 330; and

5. The Trustee is permitted to pay Keith Harper, MAI the sum of $2,000 without further Court order.

**IT IS SO ORDERED**.

Prepared and Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: _________________________
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone: 702/720-3370
Facsimile: 702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

###