1  Jacob L. Houmand, Esq. (NV Bar No. 12781)
   Email: jhoumand@houmandlaw.com
2  Bradley G. Sims, Esq. (NV Bar No. 11713)
   Email: bsims@houmandlaw.com
3  HOUMAND LAW FIRM, LTD.
   9205 West Russell Road, Building 3, Suite 240
4  Las Vegas, NV 89148
   Telephone:    702/720-3370
5  Facsimile:     702/720-3371

6  *Counsel for Shelley D. Krohn, Chapter 7 Trustee*

7

8              **UNITED STATES BANKRUPTCY COURT**

9                    **DISTRICT OF NEVADA**

10  In re:                              Case No.  BK-S-19-15333-MKN
                                        Chapter 7
11  LAS VEGAS LAND PARTNERS, LLC,
                                        **APPLICATION TO AMEND TERMS OF**
12         Debtor.                      **EMPLOYMENT FOR CUSHMAN &**
                                        **WAKEFIELD U.S., INC. DBA CUSHMAN**
13                                      **& WAKEFIELD TO SELL CERTAIN**
                                        **REAL PROPERTY AND TO PAY**
14                                      **COMMISSION PURSUANT TO 11 U.S.C.**
                                        **§§ 327(a) AND 328(a) AND FEDERAL**
15                                      **RULE OF BANKRUPTCY PROCEDURE**
                                        **2014**
16
                                        Date of Hearing:      March 9, 2023
17                                      Time of Hearing:      11:00 a.m.
                                        Place: Courtroom No. 2, Third Floor
18                                                   Foley Federal Building
                                                     300 Las Vegas Blvd., S.
19                                                   Las Vegas, NV 89101
20
                                        Judge:  Honorable Mike K. Nakagawa[1]
21

22         Shelley D. Krohn (the "Trustee"), the duly appointed Chapter 7 Trustee in the above-

23  captioned bankruptcy case, by and through her counsel, Jacob L. Houmand, Esq. and Bradley G.

24  Sims, Esq. of the Houmand Law Firm, Ltd., hereby submits this *Application to Amend Terms of*

25  _____

26  [1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11
    U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.  The
27  Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of
    Bankruptcy Procedure will be referred to as "FRBP."  The Local Rules of Practice for the United
28  States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules".

                                        -1-

*Electronically Filed On: February 7, 2023*

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

*Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* (the "Application").

This Application is filed pursuant to 11 U.S.C. §§ 327 and 328 and Federal Rule of Bankruptcy Procedure 2014. The Application is based on the following Memorandum of Points and Authorities, the *Declaration of Shelley D. Krohn In Support of Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* (the "Trustee Declaration"), and the *Declaration of Christina Roush In Support of Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* (the "Broker Declaration"), both of which are filed separately and concurrently with this Court pursuant to Local Rule 9014(c)(2). The Application is also based on the pleadings and papers on file herein, and any argument that may be entertained at the hearing on the Application.[2]

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    STATEMENT OF FACTS

1.    On August 19, 2019, Las Vegas Land Partners, LLC (the "Debtor") filed a voluntary bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code [ECF No. 1].[3]

2.    On August 19, 2019, the Trustee was appointed as the Chapter 7 Trustee in the Debtor's bankruptcy case [ECF No. 2].

3.    On October 3, 2019, the Debtor filed its bankruptcy schedules [ECF No. 20].

. . .

---

[2] The Trustee also requests that the Court take judicial notice of all pleadings filed in the above-captioned bankruptcy case, including adversary proceedings, pursuant to Rule of Evidence 201, incorporated by reference by FRBP 9017.

[3] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

4.     The Debtor's Schedule A/B did not identify any real or personal property.  *See* Schedule A/B [ECF No. 20], pp. 3-5.

5.     The Debtor is the sole member of Wink One, LLC ("Wink One") that, in turn, owns a forty percent (40%) tenant-in-common interest in the real property described as: the city block bounded by Casino Center, Bonneville, South 1st and Garces Streets, Las Vegas, Nevada [APN 139-34-301-008] (the "Property").[4]

6.     The remaining sixty percent (60%) tenant-in-common interest in the Property is owned by Forest City Realty Trust, LLC ("Forest City").

7.     The Property is currently leased to the Regional Transportation Commission of Southern Nevada.

8.     On May 4, 2022, the Trustee filed an *Application to Employ Cushman & Wakefield U.S., Inc. DBA Cushman & Wakefield As Real Estate Broker Pursuant to 11 U.S.C. 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 88] (the "Application to Employ") which sought to employ Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield ("C&W") as a broker to market and sell the Debtor's interest in the Property for the benefit of the Debtor's creditors.

9.     The Application to Employ provided that C&W would be employed for one (1) year, with employment expiring on March 6, 2023, and that C&W would be paid one percent (1%) of the total sales price of the Property.

---

[4] *See B&M Land and Livestock, LLC*, 498 B.R. 262 (Bankr. D. Nev. 2013) (holding a Chapter 7 Trustee appointed in a case where a debtor has a membership interest in a single-member limited liability company automatically has the right to manage that company without the need to take further actions to comply with state law); *see also In re Cleveland*, 519 B.R. 304, 306 (D. Nev. 2014 ("Numerous bankruptcy courts have held, and the Court agrees, that where a debtor has a membership interest in a single-member LLC and files a petition for bankruptcy under Chapter 7, the Chapter 7 trustee succeeds to all of the debtor's rights, including the right to control that entity, and a trustee need not take any further action to comply with state law before exercising such control."*); In re Albright*, 291 B.R. 538 (Bankr. D. Colo 2003) (holding that a debtor's bankruptcy filing, where the debtor was the only member of a limited liability company, effectively assigned her entire membership interest in the limited liability company to the bankruptcy estate, and the Chapter 7 Trustee obtained all of the rights to control management of the limited liability company).

10.    On April 7, 2022, the Court entered an *Order Granting Application to Employ Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 104] which granted the Application to Employ.

11.    During C&W's employment, substantial progress has been made in negotiating terms of a possible sale or lease extension with the RTC.

12.    During negotiations with the RTC, the parties have discussed the potential for, among other things, an extension of the ground lease and the prepayment of rent.

13.    The listing agreement (the "Agreement") that was entered into between the Trustee and Forest City to sell the Property also expires on March 6, 2023.

14.    Due to the upcoming expiration of the Agreement and the expanded scope of negotiations with the RTC regarding the Property, C&W recommended that the Trustee enter into an amended listing agreement.

15.    A true and correct copy of the proposed amended engagement letter (the "Amendment") with the Trustee is attached hereto as **Exhibit "1"**.

16.    The Amendment extends the engagement of C&W by one year until March 6, 2024.

17.    The Amendment expands the scope of C&W's employment to include the following:  The sale or financing of the Property, or a modification of the existing lease with the RTC, along with potential sale of option to acquire the Property.

18.    The Amendment further modifies C&W's commission structure to take into consideration the expanded scope of C&W's engagement.  The revised commission is as follows:

a.    In Sale or financing of Property - the sum of 2% of first $50 million in gross proceeds, inclusive of any mortgages or loans assumed by the purchaser, and 1% of any proceeds in excess of $50 million.

b.    In modification of lease, and or sale of option to purchase the Property (the "Option"), which may include an extension of the term, with pre-payment of rent by RTC, the sum of 5% of first $10 million in pre-paid rent and/or proceeds from sale of Option, 4% of the

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

next $10 million in pre-paid rent and/or proceeds from sale of Option and 3% for the balance of pre-paid rent and/or proceeds from sale of Option.

19.    The Amendment also allows C&W to be reimbursed for costs associated with travel and lodging (the "Travel Expenses") in connection with the performance of C&W's duties under the Amendment, provided that such costs shall not exceed $15,000 without the written approval of the Trustee and Forest City.  The portion of the Travel Expenses attributed to the Debtor's bankruptcy estate will be subject to court approval pursuant to Sections 330 and 331. Notwithstanding the foregoing, in the event the Property is sold, the Trustee and Forest City shall be entitled to deduct from the Commission paid to C&W, the amount of Travel Expenses actually reimbursed to C&W.

20.    The Debtor's bankruptcy estate shall be responsible for payment of forty percent (40%) of the commission and expenses and Forest City shall be responsible for payment of sixty percent (60%) of the commission and expenses.

21.    Forest City has also agreed to modify the terms of C&W's engagement as described above and the terms of the Amendment.

**II.    JURISDICTION AND VENUE**

22.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134. This is a core proceeding pursuant to 28 U.S.C. § 157(b) (2) (A).  The statutory basis for the relief sought is Section 327 and FRBP 2014.  Venue of Debtor's Chapter 7 case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**III.    C&W**

23.    C&W is well suited for the type of representation required by the Trustee.  C&W specializes in the marketing and sale of commercial real property throughout the United States. Accordingly, the Trustee has determined that C&W has the resources and experience necessary to effectively market and sell the Property in a manner that will derive the greatest benefit for the Debtors' bankruptcy estate and its creditors.

24.    Subject to Court approval, the Trustee seeks to pay C&W pursuant to the following commission structure:

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

a.    In Sale or financing of Property - the sum of 2% of first $50 million in gross proceeds, inclusive of any mortgages or loans assumed by the purchaser, and 1% of any proceeds in excess of $50 million.

b.    In modification of lease, and or sale of option to purchase the Property (the "Option"), which may include an extension of the term, with pre-payment of rent by RTC, the sum of 5%  of first $10 M in pre-paid rent and/or proceeds from sale of Option, 4% of the next $10 M in pre-paid rent and/or proceeds from sale of Option and 3% for the balance of pre-paid rent and/or proceeds from sale of Option.

25.    The Debtor's bankruptcy estate shall be responsible for payment of forty percent (40%) of the commission and Forest City shall be responsible for payment of sixty percent (60%) of the commission.

26.    The term of the employment of C&W will expire on March 6, 2024.

27.    The Application requests that the revised terms of C&W's employment be approved as of the filing of this Application, and that the order approving this application supersede any prior order employing C&W.

28.    The representations made in the *Declaration of Christina Roush In Support of Application to Employ Cushman & Wakefield U.S., Inc. DBA Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 90] regarding connections between C&W, the Debtor, the Trustee, creditors, and any other party-in-interest are still accurate and have not changed.

29.    No promises have been received by C&W or any of its associates, as to payment or compensation in connection with the above-referenced bankruptcy case in accordance with the provisions of the Bankruptcy Code, the FRBP, the Local Rules, and orders of the Court.

30.    This Application will be submitted to the United States Trustee upon the filing of the same.

. . .

. . .

## IV.    CONCLUSION

For the foregoing reasons, the Trustee respectfully requests that the Court enter an Order: (a) authorizing the Trustee to employ C&W based upon the amended terms set forth in this Application with the ultimate disposition of the Property subject to notice and hearing and approval of this Court; and (b) for such other and further relief as is just and proper.

Dated this 7th day of February, 2023.

HOUMAND LAW FIRM, LTD.

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*