Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

***Electronically Filed On: February 7, 2023***

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LAS VEGAS LAND PARTNERS, LLC,<br><br>    Debtor. | Case No. BK-S-19-15333-MKN<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF APPLICATION TO AMEND TERMS OF EMPLOYMENT FOR CUSHMAN & WAKEFIELD U.S., INC. DBA CUSHMAN & WAKEFIELD TO SELL CERTAIN REAL PROPERTY AND TO PAY COMMISSION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**<br><br>Date of Hearing:   March 9, 2023<br>Time of Hearing:   11:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>         Foley Federal Building<br>         300 Las Vegas Blvd., S.<br>         Las Vegas, NV 89101<br><br>Judge: Honorable Mike K. Nakagawa[1] |

1. On February 7, 2023, I served the following document(s):

   **a.  Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 169]**

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

    b.    **Declaration of Shelley D. Krohn In Support of Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 170]**

    c.    **Declaration of Christina Roush In Support of Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 171]**

    d.    **Notice of Hearing On Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 172]**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a.    **ECF System:**

JACOB L. HOUMAND on behalf of Trustee SHELLEY D KROHN
jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

H STAN JOHNSON on behalf of Debtor LAS VEGAS LAND PARTNERS, LLC
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com;rjohnson@cohenjohnson.com

SHELLEY D KROHN
shelley@trusteekrohn.com, NV27@ecfcbis.com;becca@trusteekrohn.com;candace@trusteekrohn.com

JEANETTE E. MCPHERSON on behalf of Creditor REVENUE PLUS, LLC
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Creditor RUSSELL L. NYPE
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JOHN W MUIJE on behalf of Creditor RUSSELL L. NYPE
carrie@muijelawoffice.com

LENARD E. SCHWARTZER on behalf of Creditor REVENUE PLUS, LLC
efilings@sailawfirm.com

LENARD E. SCHWARTZER on behalf of Creditor RUSSELL L. NYPE
efilings@sailawfirm.com

BRADLEY G SIMS on behalf of Trustee SHELLEY D KROHN
bsims@houmandlaw.com, jhoumand@houmandlaw.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor THE LAW OFFICE OF HAYES & WELSH
mweisenmiller@gtg.legal, bknotices@gtg.legal

3. On February 7, 2023, I served the following document(s):

    a. **Notice of Hearing On Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 172]**

4. I served the above-named document(s) by the following means to the persons as listed below:

    a. **United States Mail:**

        i. *See* Certificate of Service Executed By BK Attorney Services, LLC d/b/a certificateofservice.com, attached hereto as Exhibit "1".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 7th day of February, 2023.

                **HOUMAND LAW FIRM, LTD.**

                By: */s/ Jacob L. Houmand*
                Jacob L. Houmand, Esq. (NV Bar No. 12781)
                Bradley G. Sims, Esq. (NV Bar No. 11713)
                9205 West Russell Road, Building 3, Suite 240
                Las Vegas, NV 89148
                Telephone:   702/720-3370
                Facsimile:    702/720-3371

                *Counsel for Shelley D. Krohn, Chapter 7 Trustee*

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371