**EXHIBIT "1"**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | CASE NO: 19-15333 |
|---|---|
| LAS VEGAS LAND PARTNERS, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 172 |

On 2/7/2023, I did cause a copy of the following documents, described below,

Notice of Hearing On Application to Amend Cushman & Wakefield Employment Terms ECF Docket Reference No. 172

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/7/2023

/s/ Jacob L. Houmand, Esq.
Jacob L. Houmand, Esq.  12781

Houmand Law Firm, Ltd.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV  89148
702 720 3370
jhoumand@houmandlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>LAS VEGAS LAND PARTNERS, LLC | CASE NO: 19-15333<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 172 |

On 2/7/2023, a copy of the following documents, described below,

Notice of Hearing On Application to Amend Cushman & Wakefield Employment Terms ECF Docket Reference No. 172

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/7/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jacob L. Houmand, Esq.
Houmand Law Firm, Ltd.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV  89148

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO                          EXCLUDE                              CBRE  INC
  LABEL MATRIX FOR LOCAL NOTICING  ~~(U)ALISA NAVE  LLC~~               1225 17TH STREET   STE 3200
NCRS ADDRESS DOWNLOAD                                                   DENVER  CO 80202-5536
CASE 19-15333
DISTRICT OF NEVADA
TUE FEB 7 7-51-2 PST 2023


EXCLUDE                            CUSHMAN  WAKEFIELD US  INC          DEBTOR
~~(U)CUSHMAN  WAKEFIELD~~          6725 VIA AUSTI PKWY  STE 275        LAS VEGAS LAND PARTNERS  LLC
                                   LAS VEGAS  NV 89119-3553            375 E WARM SPRINGS ROAD  SUITE 104
                                                                        LAS VEGAS  NV 89119-4260


                                                                        EXCLUDE
REVENUE PLUS  LLC                  THE LAW OFFICE OF HAYES  WELSH      ~~UNITED STATES BANKRUPTCY COURT~~
CO JOHN W MUIJE  ESQ               CO GARMAN TURNER GORDON LLP         ~~300 LAS VEGAS BLVD  SOUTH~~
JOHN W MUIJE  ASSOCIATES           7251 AMIGO ST  STE 210              ~~LAS VEGAS  NV 89101-5833~~
1840 E SAHARA AVE 106              LAS VEGAS  NV 89119-4302
LAS VEGAS  NV 89104-3742


CLARK COUNTY ASSESSOR              CLARK COUNTY TREASURER              DEPT OF EMPLOYMENT TRAIN REHABILITATION
500 SOUTH GRAND CENTRAL PKWY       CO BANKRUPTCY CLERK                 500 E THIRD ST
2ND FLOOR                          500 S GRAND CENTRAL PKWY            CARSON CITY  NV 89701-4772
LAS VEGAS  NV 89155-4502           BOX 551220
                                   LAS VEGAS  NV 89155-1220


HAYES  WELSH                       (P)INTERNAL REVENUE SERVICE         JOHN W MUIJE AND ASSOCIATES
199 N ARROYO GRANDE BLVD           CENTRALIZED INSOLVENCY OPERATIONS   3216 LONE CANYON COURT
HENDERSON  NV 89074-1609           PO BOX 7346                         N LAS VEGAS  NV 89031-0326
                                   PHILADELPHIA PA 19101-7346


JOHN W MUIJE                       KATSKY KORINS  LLP                  MASSACHUSETTS DEPARTMENT OF REVENUE
3216 LONE CANYON COURT             605 THIRD AVENUE                    BANKRUPTCY UNIT
N LAS VEGS 89031-0326              NEW YORK  NY 10158-0038             PO BOX 9564
                                                                        100 CAMBRIDGE STREET  7TH FLOOR
                                                                        BOSTON  MA 02114-2592


NEVADA DEPARTMENT OF TAXATION      PIERCY BOWLER TAYLOR  KERN          REVENUE PLUS  LLC
1550 COLLEGE PARKWAY  STE 115      6100 ELTON AVE  SUITE 1000          CO MUIJE  ASSOCIATES
CARSON CITY  NV 89706-7939         LAS VEGAS  NV 89107-0123            1840 E SAHARA AVE 106
                                                                        LAS VEGAS  NV 89104-3742


RUSSELL L NYPE                     SKE GROUP  LLP                      STATE OF NEVADA DEPT OF MOTOR VEHICLES
CO MUIJE  ASSOCIATES               16 VILLAGE COURT                    ATTN LEGAL DIVISION
1840 E SAHARA AVE 106              HAZLET  NJ 07730-1531               555 WRIGHT WAY
LAS VEGAS  NV 89104-3742                                                CARSON CITY  NV 89711-0725


THE LAW OFFICE OF HAYES  WELSH     US TRUSTEE  LV 7                    UNITED STATES TRUSTEE
199 N ARROYO GRANDE BLVD           300 LAS VEGAS BOULEVARD  SO         300 LAS VEGAS BLVD SOUTH 4300
HENDERSON  NV 89074-1609           SUITE 4300                          LAS VEGAS  NV 89101-5803
                                   LAS VEGAS  NV 89101-5803
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

VERITEX                          ANDREW LEWNER                      DAVID MITCHELL
2250 S RANCHO DR 195             WESTERMAN BALL EDERER MILLER       CO ANDREW S LEWNER  ESQ
LAS VEGAS  NV 89102-4456         ZUCKER  SHARFSTEIN                 1201 RXR PLAZA
                                 1201 RXR PLAZA                     UNIONDALE  NY 11556-4201
                                 UNIONDALE  NY 11556-4201


H STAN JOHNSON                   JOHN W MUIJE                       KEITH HARPER  MAI
COHEN JOHNSON  LLC               JOHN W MUIJE  ASSOCIATES           4200 CANNOLI CIRCLE
375 E WARM SPRINGS RD  STE 104   1840 E SAHARA AVE 106              LAS VEGAS  NV 89103-5404
LAS VEGAS  NV 89119-4260         LAS VEGAS  NV 89104-3742


PAUL M HEALEY                    RUSSELL L NYPE                     SHELLEY D KROHN
3263 E WARM SPRINGS ROAD         CO JOHN W MUIJE  ESQ               PO BOX 34690
LAS VEGAS  NV 89120-3157         JOHN W MUIJE  ASSOCIATES           LAS VEGAS  NV 89133-4690
                                 1840 E SAHARA AVE 106
                                 LAS VEGAS  NV 89104-3742
```