_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 24, 2023

Lenard E. Schwartzer, NV Bar No. 0399
6655 W. Sahara Avenue, Suite B200-107
Las Vegas, Nevada 89146
Telephone: (702) 228-7590
E-Mail: LSchwartzer@SchwartzerLaw.com
*Former Counsel for Russell Nype and Revenue Plus, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-19-15333-MKN |
| LAS VEGAS LAND PARTNERS, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR CREDITORS** |
| | Hearing Date: July 19, 2023<br>Hearing Time: 2:30 p.m. |

LENARD E. SCHWARTZER's *Motion to Withdraw as Counsel for Creditors (*the "Motion"), having come before the Court on July 19, 2023 at 2:30 p.m.; LENARD E. SCHWARTZER, ESQ., representing himself, and no other appearances noted on the record; the Motion having been served on all parties in interest, the Court having reviewed the Motion and the pleadings on file in this case and having heard the argument at the hearing on the Motion; there being no written oppositions on file in this case, the Court having stated its findings of fact and conclusions of law on the record at the hearing, which findings and conclusions are incorporated herein by reference in accordance with Fed.R.Civ. P. 52, made applicable pursuant to Fed.R.Bankr. P. 7052 and 9014, and good cause appearing.

Nype Order WD 7 20 23

1

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

All future pleadings, motions, notices, and correspondence in this matter for Russell Nype and Revenue Plus, LLC should be mailed to them at the following address:

Russell Nype and Revenue Plus, LLC
1801 South Flagler Drive, Suite 1206
West Palm Beach, FL 33401

Submitted by:

/s/ *Lenard E. Schwartzer*
Lenard E. Schwartzer, Esq.
6655 W. Sahara Avenue, Suite B200-107
Las Vegas, Nevada 89146
Telephone: (702) 228-7590
E-Mail:  LSchwartzer@SchwartzerLaw.com

*Former Counsel for Russell Nype and Revenue Plus, LLC*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/  Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
*Counsel for Russell Nype and Revenue Plus, LLC*