NVB 2016 (05/2022)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**Fee Application Cover Sheet**

Case No.: 19-15333 Chapter: 7 Hearing Date/Time: 9/7/2023 11:00

Debtor: Las Vegas Land Partners, LLC

Applicant: Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield

Date of Employment: December 6, 2021

Interim Fee Application No: First OR Final Fee Application ______

**Amounts Requested:** **Client Approval: Yes** ☑ **No** ☐

**Fees:** $ 0.00

**Expenses:** $ 2,183.86

**Total:** $ 2,183.86

Hours: ______ Blended Rate: $ ______

Fees Previously Requested: $ 0.00 Awarded: $ 0.00

Expenses Previously Requested: $ 0.00 Awarded: $ 0.00

Total Previously Requested: $ 0.00 Awarded: $ 0.00

Total Amount Paid: $ 0.00

**Chapter 13 Cases ONLY:**

**Yes** ☐ **No** ☐ Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on ______.

**Yes** ☐ **No** ☐ Participated in the Mortgage Mediation Program: **If yes,** amount received: $ ______

I certify under penalty of perjury that the above is true.

[signature] Date 8/2/2023

Signature

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone: 702/720-3370
Facsimile: 702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

***Electronically Filed On: August 2, 2023***

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

LAS VEGAS LAND PARTNERS, LLC,

Debtor.

Case No. BK-S-19-15333-MKN
Chapter 7

**FIRST INTERIM APPLICATION OF CUSHMAN & WAKEFIELD U.S., INC. DBA CUSHMAN & WAKEFIELD FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM DECEMBER 6, 2021 THROUGH JULY 25, 2023 PURSUANT TO 11 U.S.C. §§ 330 AND 331 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016**

Date of Hearing: September 7, 2023
Time of Hearing: 11:00 a.m.
Place: Courtroom No. 2, Third Floor
Foley Federal Building
300 Las Vegas Blvd., S.
Las Vegas, NV 89101

Judge: Honorable Mike K. Nakagawa[1]

Shelley D. Krohn (the "Trustee"), the Chapter 7 Trustee appointed in the above-captioned adversary proceeding, hereby submits this *First Interim Application of Cushman & Wakefield*

---

[1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP." The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules".

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

*U.S., Inc. dba Cushman & Wakefield for Reimbursement of Expenses for Services Rendered During the Period From December 6, 2021 Through July 25, 2023 Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016* (the "Fee Application").

The Fee Application is filed pursuant to Sections 330 and 331, FRBP 2002(a)(6) and 2016, the *Guidelines for Compensation and Reimbursement of Professionals in Region 17 as promulgated by the Offices of the United States Trustee* (the "Region 17 Guidelines"), and the *Guidelines for Reviewing Applications for Compensation and Reimbursement on Expenses Filed Under 11 U.S.C. § 330 effective January 30, 1996* (the "U.S. Trustee Guidelines"). The Fee Application is also based upon the following Memorandum of Points and Authorities and the *Declaration of Shelley D. Krohn In Support of First Interim Application of Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield for Reimbursement of Expenses for Services Rendered During the Period From December 6, 2021 Through July 25, 2023 Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016* (the "Trustee Declaration"), which is filed separately and concurrently with this Court pursuant to Local Rule 9014(c)(2). The Application is also based on the pleadings and papers on file herein and any argument that may be presented at the hearing on the Fee Application.[2]

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[2] The Trustee also requests that the Court take judicial notice of all pleadings filed in the above-referenced bankruptcy case, including adversary proceedings, pursuant to Rule of Evidence 201, incorporated by reference by FRBP 9017.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

| | |
|---|---|
| Name of Firm: | Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield |
| Authorized to Provide Professional Services to: | Shelley D. Krohn, Chapter 7 Trustee |
| Date of Retention: | December 6, 2021[3] |
| Period for which Compensation and Reimbursement is Sought | December 6, 2021 Through July 25, 2023 |
| Amount of Compensation Requested: | $0.00 |
| Amount of Expense Reimbursement Requested: | $2,183.86 |

This is an: ____X____ interim ___________ final application.

This is the First interim Fee Application filed by Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield in this case.

---

[3] April 7, 2022, the Court entered an *Order Granting Application to Employ Cushman & Wakefield U.S., Inc. DBA Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 3227(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 104]. On March 9, 2023, the Court entered an *Order Granting Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. DBA Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 175].

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

## BILLING SUMMARY

**<u>Prior Applications: None</u>**

**Fees**

| | |
|---|---|
| Fees Previously Requested | $0.00 |
| Fees Previously Awarded | $0.00 |

**Expenses**

| | |
|---|---|
| Expenses Previously Requested | 0.00 |
| Expenses Previously Awarded | 0.00 |

| | |
|---|---|
| Retainer Paid: | 0.00 |
| Drawn on Retainer: | 0.00 |
| Remaining Retainer: | 0.00 |

| | |
|---|---|
| Current Application Fees from December 6, 2021, through July 25, 2023, Requested: | $0.00 |
| Current Application Expenses December 6, 2021, through July 25, 2023, Requested: | $2,183.86 |

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**INTRODUCTION**

Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield ("C&W"), the real estate broker employed by the Trustee in the above-captioned chapter 7 case (the "Bankruptcy Case"), hereby submits this Fee Application for services rendered in the Bankruptcy Case during the period from December 6, 2021 through July 25, 2023 (the "Fee Application Period"). C&W was hired on a contingency fee basis and was authorized to request that its expenses be reimbursed. Any expenses that are reimbursed to C&W will be deducted from their commission earned from the sale of the real estate that is property of the Debtor's bankruptcy estate. The Trustee, however, is only required to pay forty percent (40%) of the expenses incurred by C&W, which equals $2,183.86. The remaining sixty percent (60%) of the expenses incurred by C&W will be paid by Forest City Realty Trust, LLC ("Forest City").

C&W requests an order: (i) approving and allowing on an interim basis reimbursement of expenses in the amount of $2,183.86 that were incurred during the Fee Application Period; and (ii) authorizing the Trustee to pay this amount to C&W. C&W believes that the services it rendered to the Trustee during the Fee Application Period benefited the Debtor's estate and that, therefore, the costs requested in this Fee Application should be approved under Section 330(a). The Trustee is currently holding funds in the amount of $96,365.35.

**II.**

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The statutory basis for the relief sought are Sections 330, FRBP 2016, and Local Rule 2016. Venue before this Court is appropriate under 28 U.S.C. §§ 1408 and 1409.

2. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2). Pursuant to Local Rule 9014.2, if the Court determines that absent consent of the parties the Court cannot enter final orders or judgment regarding the Fee Application consistent with Article III of the

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

United States Constitution, the Firm consents to entry of final orders and judgment by this Court.

## III.

## STATEMENT OF RELEVANT FACTS

3. On August 19, 2019, Las Vegas Land Partners, LLC (the "Debtor") filed a voluntary bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code [ECF No. 1].[4]

4. On August 19, 2019, the Trustee was appointed as the Chapter 7 Trustee in the Debtor's bankruptcy case [ECF No. 2].

5. On October 3, 2019, the Debtor filed its bankruptcy schedules [ECF No. 20].

6. The Debtor's Schedule A/B did not identify any real or personal property. *See* Schedule A/B [ECF No. 20], pp. 3-5.

7. The Debtor is the sole member of Wink One, LLC ("Wink One") that, in turn, owns a forty percent (40%) tenant-in-common interest in the real property described as: the city block bounded by Casino Center, Bonneville, South 1st and Garces Streets, Las Vegas, Nevada [APN 139-34-301-008] (the "Property").[5]

8. The remaining sixty percent (60%) tenant-in-common interest in the Property is owned by Forest City.

9. The Property is currently leased to the Regional Transportation Commission of Southern Nevada (the "RTC").

---

[4] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

[5] *See B&M Land and Livestock, LLC*, 498 B.R. 262 (Bankr. D. Nev. 2013) (holding a Chapter 7 Trustee appointed in a case where a debtor has a membership interest in a single-member limited liability company automatically has the right to manage that company without the need to take further actions to comply with state law); *see also In re Cleveland*, 519 B.R. 304, 306 (D. Nev. 2014 ("Numerous bankruptcy courts have held, and the Court agrees, that where a debtor has a membership interest in a single-member LLC and files a petition for bankruptcy under Chapter 7, the Chapter 7 trustee succeeds to all of the debtor's rights, including the right to control that entity, and a trustee need not take any further action to comply with state law before exercising such control."); *In re Albright*, 291 B.R. 538 (Bankr. D. Colo 2003) (holding that a debtor's bankruptcy filing, where the debtor was the only member of a limited liability company, effectively assigned her entire membership interest in the limited liability company to the bankruptcy estate, and the Chapter 7 Trustee obtained all of the rights to control management of the limited liability company).

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

8. On May 4, 2022, the Trustee filed an *Application to Employ Cushman & Wakefield U.S., Inc. DBA Cushman & Wakefield As Real Estate Broker Pursuant to 11 U.S.C. 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 88] (the "Application to Employ") which sought to employ C&W to market and sell the Debtor's interest in the Property for the benefit of the Debtor's creditors.

9. The Application to Employ provided that C&W would be employed for one (1) year, with employment expiring on March 6, 2023, and that C&W would be paid one percent (1%) of the total sales price of the Property.

10. On April 7, 2022, the Court entered an *Order Granting Application to Employ Cushman & Wakefield U.S., Inc. dba Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 104] which granted the Application to Employ.

11. The listing agreement (the "Agreement") that was entered into between the Trustee and Forest City to sell the Property expired on March 6, 2023.

12. Due to the upcoming expiration of the Agreement and the expanded scope of negotiations with the RTC regarding the Property, C&W recommended that the Trustee enter into an amended listing agreement (the "Amendment").

13. The Amendment extended the engagement of C&W by one year until March 6, 2024.

14. The Amendment expanded the scope of C&W's employment to include the following: The sale or financing of the Property, or a modification of the existing lease with the RTC, along with potential sale of option to acquire the Property.

15. The Amendment further modified C&W's commission structure to take into consideration the expanded scope of C&W's engagement. The revised commission is as follows:

a. In Sale or financing of Property - the sum of 2% of the first $50 million in gross proceeds, inclusive of any mortgages or loans assumed by the purchaser, and 1% of any proceeds in excess of $50 million.

. . .

   HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

b. In modification of lease, and or sale of option to purchase the Property (the "Option"), which may include an extension of the term, with pre-payment of rent by RTC, the sum of 5% of first $10 million in pre-paid rent and/or proceeds from sale of Option, 4% of the next $10 million in pre-paid rent and/or proceeds from sale of Option and 3% for the balance of pre-paid rent and/or proceeds from sale of Option.

16. The Amendment also allows C&W to be reimbursed for costs associated with travel and lodging (the "Travel Expenses") in connection with the performance of C&W's duties under the Amendment, provided that such costs shall not exceed $15,000 without the written approval of the Trustee and Forest City. The portion of the Travel Expenses attributed to the Debtor's bankruptcy estate will be subject to court approval pursuant to Sections 330 and 331. Notwithstanding the foregoing, in the event the Property is sold, the Trustee and Forest City shall be entitled to deduct from the Commission paid to C&W, the amount of Travel Expenses actually reimbursed to C&W.

17. On February 7, 2023, the Trustee filed an *Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. DBA Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 169] that sought to modify the terms of the employment of C&W as set forth in the Amendment.

18. On March 9, 2023, the Court entered an *Order Granting Application to Amend Terms of Employment for Cushman & Wakefield U.S., Inc. DBA Cushman & Wakefield to Sell Certain Real Property and to Pay Commission Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 175].

19. During its representation of the Trustee and Forest City, C&W has incurred travel expenses in the total amount of $5,459.63. Pursuant to the terms of the Amendment, the Debtor's bankruptcy estate is responsible to pay C&W $2,183.86, or forty percent (40%) of the travel expenses.

20. The balance of the funds that are held by the Trustee are currently $96,365.35.

. . .

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

## IV.

## STATEMENT OF STATUTORY AUTHORITY FOR RELIEF SOUGHT

21. 11 U.S.C. Section 330(a) states:

> (a)(1) After notice to the parties in interest and the United States trustee and a hearing, and subject to sections 326, 328 and 329 the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103.
>
> (A) Reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B) Reimbursement for actual, necessary expenses.

22. 11 U.S.C. Section 503 states, in relevant part:

> (a) An entity may timely file a request for payment of an administrative expense, . . .
>
> (b) After notice and a hearing, there shall be allowed administrative expenses, . . . including –
> (2) compensation and reimbursement awarded under Section 330(a) of this title.

23. 11 U.S.C. Section 331 authorizes the application for and payment of compensation or reimbursement as follows:

> A trustee, an examiner, a debtor's attorney, or any professional person employed under section 327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of this title. After notice and a hearing, the court may allow and disburse such compensation or reimbursement.

24. This Fee Application is brought pursuant to 11 U.S.C. Sections 330(a), 331 and 503(b) and Region 17 Guidelines Subsection (b).

. . .

. . .

. . .

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

V.

**STATEMENT RE: AMOUNT OF COMPENSATION SOUGHT TO BE ALLOWED**

25. This Fee Application seeks allowance of compensation as follows: reimbursement of actual expenses in the amount of $2,183.86 incurred by C&W during the Fee Application Period.

26. Actual expenses incurred by the Firm during the Fee Application Period are also attached as **Exhibit "1"** to the Trustee Declaration.

27. No unusual or costly expenses are listed above.

VI.

**STATEMENT REGARDING PAYMENTS MADE OR PROMISED AND AGREEMENTS TO SHARE COMPENSATION**

28. No payments have been made or promised to C&W for services rendered or to be rendered in connection with this case, other than those payments described in this Fee Application.

29. No agreement or understanding exists between C&W and any other entity for the sharing of compensation received or to be received for services rendered in connection with this case, except as permitted under Section 504(b)(1).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

## VIII.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that this Court enter an Order: (a) granting this Fee Application; (b) approving and allowing reimbursement of expenses in the amount of $2,183.86 for the Fee Application Period consistent with the terms of this Fee Application; and (c) for such other relief as is just and proper.

Dated this 2nd day of August, 2023.

**HOUMAND LAW FIRM, LTD.**

By: *<u>/s/ Jacob L. Houmand</u>*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone: 702/720-3370
Facsimile: 702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*