MARJORIE A. GUYMON, Esq.
Nevada State Bar No. 4983
mguymon@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 873-9500
Fax: (702) 873-9600
*Attorneys for Creditor*
*Russell Nype*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LAS VEGAS LAND PARTNERS, LLC<br><br>Debtor(s). | Case No. BK-S 19-15333-MKN<br><br>Chapter 7 |

## NOTICE OF APPEARNACE AND REQUEST FOR SPECIAL NOTICE

## TO: CLERK OF THE BANKRUPTCY COURT AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that Marjorie Guymon, Esq. of GOLDSMITH & GUYMON, P.C., enters her appearance in the above-referenced action as counsel for Russell Nype, and hereby requests service of copies of all applications, pleadings, notices, orders, and all other action filings in this matter as follows:

Goldsmith & Guymon, P.C.
Attention Marjorie A. Guymon
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
mguymon@goldguylaw.com

DATED: August 30, 2023

GOLDSMITH & GUYMON, P.C.

By: _____
MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 4983

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of GOLDSMITH & GUYMON, P.C., and that on the 30th day of August, 2023, I caused to be served a true and correct copy of the following named documents:

- **NOTICE OF APPEARNACE AND REQUEST FOR SPECIAL NOTICE**

Through the United States Bankruptcy Court ECF Filing System, to the following parties:

JACOB L. HOUMAND    jhoumand@houmandlaw.com , bsims@houmandlaw.com; 2082209420@filings.docketbird.com
H STAN JOHNSON    sjohnson@cohenjohnson.com, calendar@cohenjohnson.com;rjohnson@cohenjohnson.com; johnson.stanb122622@notify.bestcase.com
SHELLEY D KROHN    shelley@trusteekrohn.com , NV27@ecfcbis.com; becca@trusteekrohn.com; candace@trusteekrohn.com
JEANETTE E. MCPHERSON    JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com, ARCDocketing@foxrothschild.com
JOHN W MUIJE    carrie@muijelawoffice.com
BRADLEY G SIMS    bsims@houmandlaw.com, jhoumand@houmandlaw.com
U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
MARK M. WEISENMILLER    mark@aandblaw.com , ecf-df8b00a4597e@ecf.pacerpro.com

And through the United States Postal Service, to the following parties:

| CBRE, Inc.<br>1225 17th Street, Ste. 3200<br>Denver, Co 80202 | Cushman & Wakefield U.S., Inc.<br>6725 Via Austi Pkwy, Ste 275<br>Las Vegas, Nv 89119 | Keith Harper, Mai<br>4200 Cannoli Circle<br>Las Vegas, Nv 89103 |
|---|---|---|
| Paul M. Healey<br>3263 E. Warm Springs Rd<br>Las Vegas, Nv 89120 | Andrew Lewner<br>Westerman Ball Ederer Miller Zucker & Sharfstein<br>1201 Rxr Plaza<br>Uniondale, Ny 11556 | John W. Muije<br>John W. Muije & Associates<br>1840 E. Sahara Ave #106<br>Las Vegas, Nv 89104 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of August, 2023.

/s/ Kathrine von Arx
An employee of GOLDSMITH & GUYMON

```
Label Matrix for local noticing          CBRE, INC.                              CUSHMAN & WAKEFIELD U.S., INC.
0978-2                                   1225 17TH STREET, STE. 3200             6725 VIA AUSTI PKWY, STE 275
Case 19-15333-mkn                        DENVER, CO 80202-5536                   LAS VEGAS, NV 89119-3553
District of Nevada
Las Vegas
Wed Aug 30 13:12:43 PDT 2023

LAS VEGAS LAND PARTNERS, LLC             REVENUE PLUS, LLC                       THE LAW OFFICE OF HAYES & WELSH
375 E WARM SPRINGS ROAD, SUITE 104       C/O JOHN W. MUIJE, ESQ.                 C/O GARMAN TURNER GORDON LLP
LAS VEGAS, NV 89119-4260                 JOHN W. MUIJE & ASSOCIATES              7251 AMIGO ST, STE 210
                                         1840 E. SAHARA AVE. #106                LAS VEGAS, NV 89119-4302
                                         LAS VEGAS, NV 89104-3742

United States Bankruptcy Court           Clark County Assessor                   Clark County Treasurer
300 Las Vegas Blvd., South               500 South Grand Central Pkwy            c/o Bankruptcy Clerk
Las Vegas, NV 89101-5833                 2nd Floor                               500 S. Grand Central Pkwy
                                         Las Vegas, NV 89155-4502                Box 551220
                                                                                 Las Vegas, NV 89155-1220

Dept. of Employment Train Rehabilitation Hayes & Welsh                           (p)INTERNAL REVENUE SERVICE
500 E. Third St.                         199 N Arroyo Grande Blvd.               CENTRALIZED INSOLVENCY OPERATIONS
Carson City, NV 89701-4772               Henderson, NV 89074-1609                PO BOX 7346
                                                                                 PHILADELPHIA PA 19101-7346

JOHN W. MUIJE AND ASSOCIATES             John W. Muije                           Katsky Korins, LLP
3216 LONE CANYON COURT                   3216 LONE CANYON COURT                  605 Third Avenue
N. LAS VEGAS, NV 89031-0326              N LAS VEGS 89031-0326                   New York, NY 10158-0038

Massachusetts Department of Revenue      Nevada Department of Taxation           Piercy Bowler Taylor & Kern
Bankruptcy Unit                          1550 College Parkway, Ste. 115          6100 Elton Ave., Suite 1000
P.O. Box 9564                            Carson City, NV 89706-7939              Las Vegas, NV 89107-0123
100 Cambridge Street, 7th Floor
Boston, MA 02114-2592

Revenue Plus, LLC                        Russell L. Nype                         SKE Group, LLP
c/o Muije & Associates                   c/o Muije & Associates                  16 Village Court
1840 E. Sahara Ave. #106                 1840 E. Sahara Ave. #106                Hazlet, NJ 07730-1531
Las Vegas, NV 89104-3742                 Las Vegas, NV 89104-3742

State of Nevada Dept. of Motor Vehicles  The Law Office of Hayes & Welsh         U.S. TRUSTEE - LV - 7
Attn: Legal Division                     199 N Arroyo Grande Blvd                300 LAS VEGAS BOULEVARD, SO.
555 Wright Way                           Henderson, NV 89074-1609                SUITE 4300
Carson City, NV 89711-0725                                                       LAS VEGAS, NV 89101-5803

United States Trustee                    Veritex                                 ANDREW LEWNER
300 Las Vegas Blvd. South #4300          2250 S Rancho Dr #195                   WESTERMAN BALL EDERER MILLER
Las Vegas, NV 89101-5803                 Las Vegas, NV 89102-4456                ZUCKER & SHARFSTEIN
                                                                                 1201 RXR PLAZA
                                                                                 UNIONDALE, NY 11556-4201

DAVID MITCHELL                           H STAN JOHNSON                          JOHN W. MUIJE
C/O ANDREW S. LEWNER, ESQ.               COHEN JOHNSON, LLC                      JOHN W. MUIJE & ASSOCIATES
1201 RXR PLAZA                           375 E. WARM SPRINGS RD, STE 104         1840 E. SAHARA AVE #106
UNIONDALE, NY 11556-4201                 LAS VEGAS, NV 89119-4260                LAS VEGAS, NV 89104-3742
```

```
EITH HARPER, MAI                PAUL M. HEALEY                 RUSSELL L. NYPE
200 CANNOLI CIRCLE              3263 E. WARM SPRINGS ROAD      C/O JOHN W. MUIJE, ESQ.
AS VEGAS, NV 89103-5404         LAS VEGAS, NV 89120-3157       JOHN W. MUIJE & ASSOCIATES
                                                               1840 E. SAHARA AVE. #106
                                                               LAS VEGAS, NV 89104-3742


HELLEY D KROHN
O Box 34690
AS VEGAS, NV 89133-4690
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
nternal Revenue Service
entralized Insolvency Operations
.O. Box 21126
hiladelphia, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ALISA NAVE, LLC              (u)CUSHMAN & WAKEFIELD         End of Label Matrix
                                                               Mailable recipients    33
                                                               Bypassed recipients     2
                                                               Total                  35
```