Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Creditor Russell Nype*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-19-15333-MKN |
| LAS VEGAS LAND PARTNERS, LLC | Chapter 7 |
| Debtor(s). | |

**OBJECTION TO ORDER SHORTENING TIME REGARDING MOTION TO APPROVE: (1) THE SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(f); (2) COMPENSATION IN FAVOR OF CUSHMAN & WAKERFIELD U.S., INC. DBA CUSHMAN & WAKEFIELD; AND (3) REIMBURSEMENT OF EXPENSES TO CGA REAL ESTATE SERVICES, LLC**

RUSSELL NYPE, as the sole creditor in this case, objects to entry of an Order Shortening Time for the MOTION TO APPROVE: (1) THE SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(f); (2) COMPENSATION IN FAVOR OF CUSHMAN & WAKERFIELD U.S., INC. DBA CUSHMAN & WAKEFIELD; AND (3) REIMBURSEMENT OF EXPENSES

/ / /

/ / /

1  TO CGA REAL ESTATE SERVICES, LLC, and respectfully requests that the Court set the

2  hearing on this matter in the ordinary course.

3       DATED this 17th day of November, 2023.

                                                       JOHNSON & GUBLER, P.C.

                                                        */s/ Matthew L. Johnson*
                                                        Matthew L. Johnson (6004)
                                                        8831 W. Sahara Avenue
                                                        Las Vegas, Nevada 89117
                                                        (702) 471-0065
                                                        mjohnson@mjohnsonlaw.com
                                                        *Attorney for Creditor, Russell L. Nype*

# CERTIFICATE OF SERVICE

1. On November 17, 2023, I caused the following document(s) to be served:
   **OBJECTION TO ORDER SHORTENING TIME REGARDING MOTION TO APPROVE: (1) THE SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(f); (2) COMPENSATION IN FAVOR OF CUSHMAN & WAKERFIELD U.S., INC. DBA CUSHMAN & WAKEFIELD; AND (3) REIMBURSEMENT OF EXPENSES TO CGA REAL ESTATE SERVICES, LLC**

2. I served the above-named document(s) by the following means to the persons listed below:

   [X]   **a.    ECF System:**

   Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

   [ ]   **b.    United States mail, postage fully prepaid on _____.**

   By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known mailing addresses, on the date above written:

   **I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: November 17, 2023

Carmen Chavez Jorge                 /s/ Carmen Chavez Jorge
Name of Declarant                   Signature of Declarant