HOGAN HULET PLLC
KENNETH HOGAN
Nevada Bar No. 10083
Email: ken@h2legal.com
JEFFREY HULET
Nevada Bar No. 10621
E-mail: jeff@h2legal.com
10501 W. Gowan Rd
Suite 260
Las Vegas, NV 89129
Tel/Fax: (702) 800-5482

*Attorneys for Katsky Korins, LLP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO: BK-S-19-15333-MKN |
| LAS VEGAS LAND PARTNERS, LLC. | Chapter 7 |
| Debtor. | Date of Hearing: N/A<br>Time of Hearing: N/A |
| | Judge: Honorable Mike K. Nakagawa |

### NOTICE OF FILING OF CHARGING ORDER AGAINST DAVID MITCHELL'S MEMBERSHIP INTERESTS IN THE DEBTOR

To: Shelley Krohn, Trustee

To: Jacob Houmand, Counsel to the Trustee

**PLEASE TAKE NOTICE** that a *Charging Order* against David Mitchell's Membership Interests in the Debtor was entered by the Eighth Judicial District Court, County of Clark, on November 6, 2024, a copy of which is attached hereto as **Exhibit "1."**

Dated this 14th day of November, 2024.

HOGAN HULET PLLC

ss://Kenneth E. Hogan  _____
KENNETH E. HOGAN
Nevada Bar No. 10083
10501 W. Gowan Rd. Ste 260
Las Vegas, NV 89129
Phone and Fax: (702) 800-5482
*Attorneys for Judgment Creditor, Katsky Korins, LLP*

Hogan Hulet PLLC
10501 W. Gowan Rd
Suite 260
Las Vegas, Nevada 89129
(702) 800-5482

1 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF CHARGING LIEN through the CM/ECF ELECTRONIC SERVICE system by electronically filing the above-referenced document via the CM/ECF service to the parties listed below on the date above written:

MARJORIE A. GUYMON on behalf of Creditor RUSSELL L. NYPE
bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw .com; heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com; ntopper@goldguylaw .com

JACOB L. HOUMAND on behalf of Trustee SHELLEY D KROHN
jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

H STAN JOHNSON on behalf of Debtor LAS VEGAS LAND PARTNERS, LLC
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; sgondek@cohenjohnson.com;johnson.stanb 122622@notify.bestcase.com;johnson.stanb 122622@notify-prod.bestcase.com

MATTHEW L. JOHNSON on behalf of Creditor REVENUE PLUS, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin @mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor RUSSELL L. NYPE
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;jennifer@mjohnsonlaw.com;admin @mjohnsonlaw.com

SHELLEY D KROHN
shelley@trusteekrohn.com, NV27@ecfcbis.com;becca@trusteekrohn.com;brenda@trusteekrohn. com

JEANETTE E. MCPHERSON on behalf of Creditor REVENUE PLUS, LLC
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Creditor RUSSELL L. NYPE
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv .dkt@foxrothschild.com

JOHN W MUIJE on behalf of Creditor RUSSELL L. NYPE
jmuije@muijelawoffice.com, carrie@muijelawoffice.com

**Error! Unknown document property name.**

Hogan Hulet PLLC
10501 W. Gowan Rd
Suite 260
Las Vegas, Nevada 89129
(702) 800-5482

JOHN W MUIJE on behalf of Special Counsel JOHN MUIJE
jmuije@muijelawoffice.com, carrie@muijelawoffice.com

BRADLEY G SIMS on behalf of Trustee SHELLEY D KROHN
bsims@houmandlaw.com, jhoumand@houmandlaw.com

U.S. TRUSTEE - L V - 7
USTPRegionl 7.LV.ECF@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor THE LAW OFFICE OF HA YES & WELSH
mark@abwfirm.com, mark-weisenmiller-199l@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Creditor Regional Transportation Commission of Southern Nevada
j gwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com

 Further, I hereby certify that on the 14th day of November, 2024, I caused to be served a true and correct copy of the foregoing NOTICE OF CHARGING LIEN through the U.S. Mail First Class Postage Prepaid to the following on the date above written:

 Andrew S. Lewner, Esq.
 Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
 1201 RXR Plaza
 Uniondale, New York 11566
 Last known attorney for Judgment Debtor David Mitchell

 I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

 Dated this 14th day of November, 2024.

       HOGAN HULET PLLC

       /s/ Kenneth E. Hogan
       KENNETH E. HOGAN
       Nevada Bar No. 10083
       10501 W. Gowan Rd Suite 260
       Las Vegas, Nevada 89129

Hogan Hulet PLLC
10501 W. Gowan Rd
Suite 260
Las Vegas, Nevada 89129
(702) 800-5482

3 of 3

# EXHIBIT 1

ELECTRONICALLY SERVED
11/6/2024 5:37 PM

Case 19-15333-mkn    Doc 336    Entered 11/14/24 09:26:17    Page 5 of 8

Electronically Filed
11/06/2024 5:36 PM

CLERK OF THE COURT

**ORDG**
HOGAN HULET PLLC
KENNETH HOGAN
Nevada Bar No. 10083
Email: ken@h2legal.com
JEFFREY HULET
Nevada Bar No. 10621
E-mail: jeff@h2legal.com
10501 W. Gowan Rd
Suite 260
Las Vegas, NV 89129
Tel/Fax: (702) 800-5482
*Attorneys for Plaintiff*
*Katsky Korins, LLP*

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| KATSKY KORINS, LLP, a New York Limited Liability Professional Company<br><br>Plaintiff,<br><br>vs.<br><br>DAVID J. MITCHELL, an individual,<br><br>Defendant, | CASE NO: A-24-896547-F<br><br>DEPT: 25<br><br><br><br>**CHARGING ORDER** |

Before this Court came the application of plaintiff Katsky Korins, LLP (the "Judgment Creditor"), including the Declaration of Kenneth E. Hogan, Esq., filed on September 23, 2004, seeking a charging order against the equity interests of judgment debtor David J. Mitchell (the "Judgment Debtor") in Las Vegas Land Partners, LLC, a Delaware limited liability company, made pursuant to NRS §§ 86.401 and 87.280, charging said equity interests towards the unpaid balance of the Judgment duly domesticated in the above-captioned action in favor of Judgment Creditor and against the Judgment Debtor in the principal sum of $662,589.72, plus post-judgment interest from and after September 6, 2019 at the statutory rate for the State of New York (9%).

No timely objection or other response was filed on behalf of the Judgment Debtor, and

Hogan Hulet PLLC
10501 W. Gowan Rd
Suite 260
Las Vegas, Nevada 89129
(702) 800-5482

1 of 3

Case Number: A-24-896547-F

with no objection by Judgment Debtor haing been made in connection with this Application, there is no dispute that the Judgment Creditor is entitled to a charging order against the Judgment Debtor's interests in the LLC pursuant to EDCR 2.20(e) and EDCRE 2.23(c)

Under NRS § 86.401(1), a judgment creditor of a member of a limited liability company may apply to a court for an order to "charge the member's interest with payment of the unsatisfied amount of the judgment with interest." The statute further provides "the judgment creditor has only the rights of an assignee of the member's interest." Id. In other words, "[a] judgment creditor, or assignee, is only entitled to the judgment debtor's share of the profit and distributions, takes no interest in the LLC's assets, and is not entitled to participate in the management or administration of the business. Weddell v. H20, Inc., 128 Nev. 94, 104, 271 P.3d 743, 750 (2012).

Good cause appearing, the Judgment Creditor's Application for a charging order against Judgment Debtor's equity interests in the LLC is granted, and this Court orders as follows:

**ORDER**

The Judgment Debtor's membership in Las Vegas Land Partners, LLC is charged for the amount of $662,589.72, plus post-judgment interest from and after September 6, 2019 at the statutory rate for the State of New York (9%) to satisfy the Judgment. Any distribution on account of the Judgment Debtor's equity interests in Las Vegas Land Partners, LLC shall be paid over to the Judgment Creditor until such time as the Judgment Debtor has satisfied all of his obligations to the Judgment Creditor pursuant to the Judgment.

**IT IS SO ORDERED**

Dated this ___ day of October, 2024

Dated this 6th day of November, 2024

_____
DISTRICT COURT JUDGE

46C C4F E4ED EE43
Kathleen E. Delaney
District Court Judge

Hogan Hulet PLLC
10501 W. Gowan Rd
Suite 260
Las Vegas, Nevada 89129
(702) 800-5482

Respectfully submitted by:

HOGAN HULET PLLC
By: /s/ Kenneth E. Hogan
KENNETH E. HOGAN
Nevada Bar No. 10083
10501 W. Gowan Rd Suite 260
Las Vegas, Nevada 89129

Hogan Hulet PLLC
10501 W. Gowan Rd
Suite 260
Las Vegas, Nevada 89129
(702) 800-5482

3 of 3

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Katsky Korins, LLP, Plaintiff(s) | CASE NO: A-24-896547-F |
| vs. David Mitchell, Defendant(s) | DEPT. NO.  Department 25 |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Granting was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 11/6/2024

Kenneth Hogan          ken@h2legal.com